Bryan GARNETT, Plaintiff–Appellant,

v.

Gary WATERS, Chief of Security; Thompson, Deputy Court Escort; John Doe, Medical Administrator; Cofran, Deputy; John Doe, No. 1 Deputy; Coltrall, Deputy; All others associated, sued in their individual and official capacities, Defendants–Appellees,

and

Cofran, Deputy Court Escort, Defendant.

No. 07–7334.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 20, 2007.

Bryan Garnett, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Garnett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garnett v. Waters*, No. 3:06–cv–00314–HEH (E.D.Va. Aug. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*